**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BREEDEN, | Case No. CV 22-9294-GW-AFMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| MILLER ELECTRIC MFG. LLC, et al., | |
| Defendants. | |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: November 9, 2023

*George H. Wu*

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE